**Fill in this information to identify the case:**

Debtor name  Radiology Solutions Corp

United States Bankruptcy Court for the: California    District of Central
(State)

Case number (If known): _____

☐ Check if this is an
amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☑ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
|---|---|

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>Amount of claim<br>Do not deduct the value<br>of collateral. | Column B<br>Value of collateral<br>that supports this<br>claim |
|---|---|---|---|
| **2.1** Creditor's name<br>Sam Sakurai - Checkmate King Co<br><br>Creditor's mailing address<br>19439 E Walnut Drive S<br>City of Industry, CA 91748<br><br>Creditor's email address, if known<br><br><br>Date debt was incurred  2015-2016<br>Last 4 digits of account number ___ ___ ___ ___<br>Do multiple creditors have an interest in the same property?<br>☐ No<br>☑ Yes. Specify each creditor, including this creditor, and its relative priority. | Describe debtor's property that is subject to a lien<br>Used MRI and CT Scanner<br><br><br>Describe the lien<br><br><br>Is the creditor an insider or related party?<br>☑ No<br>☐ Yes<br>Is anyone else liable on this claim?<br>☑ No<br>☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).<br><br>As of the petition filing date, the claim is:<br>Check all that apply.<br>☐ Contingent<br>☑ Unliquidated<br>☐ Disputed | $    4,275,450.00 | $    1,000,000.00 |
| **2.2** Creditor's name<br><br>Creditor's mailing address<br><br><br>Creditor's email address, if known<br><br><br>Date debt was incurred _____<br>Last 4 digits of account number ___ ___ ___ ___<br>Do multiple creditors have an interest in the same property?<br>☐ No<br>☐ Yes. Have you already specified the relative priority?<br>   ☐ No. Specify each creditor, including this creditor, and its relative priority.<br><br>   ☐ Yes. The relative priority of creditors is specified on lines ____ | Describe debtor's property that is subject to a lien<br><br><br>Describe the lien<br><br><br>Is the creditor an insider or related party?<br>☐ No<br>☐ Yes<br>Is anyone else liable on this claim?<br>☐ No<br>☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).<br><br>As of the petition filing date, the claim is:<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $_____ | $_____ |

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.    $_____

Debtor     Radiology Solutions Corp _____        Case number (if known)_____
         Name

---

| **Part 1:** | **Additional Page** | | **Column A**<br>**Amount of claim**<br>Do not deduct the value<br>of collateral. | **Column B**<br>**Value of collateral**<br>**that supports this**<br>**claim** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the
previous page.

**2._**  Creditor's name

     _____

     Creditor's mailing address

     _____

     _____

     Creditor's email address, if known

     _____

     Date debt was incurred  _____

     Last 4 digits of account
     number  ___ ___ ___ ___

     **Do multiple creditors have an interest in the
     same property?**
     ❑ No
     ❑ Yes. Have you already specified the relative
        priority?
        ❑ No. Specify each creditor, including this
           creditor, and its relative priority.

          _____
          _____
          _____

        ❑ Yes. The relative priority of creditors is
           specified on lines _____

Describe debtor's property that is subject to a lien

_____   $_____   $_____
_____
_____

Describe the lien

_____

**Is the creditor an insider or related party?**
❑ No
❑ Yes

**Is anyone else liable on this claim?**
❑ No
❑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
❑ Contingent
❑ Unliquidated
❑ Disputed

---

**2._**  Creditor's name

     _____

     Creditor's mailing address

     _____

     Creditor's email address, if known

     _____

     Date debt was incurred  _____

     Last 4 digits of account
     number  ___ ___ ___ ___

     **Do multiple creditors have an interest in the
     same property?**
     ❑ No
     ❑ Yes. Have you already specified the relative
        priority?
        ❑ No. Specify each creditor, including this
           creditor, and its relative priority.

          _____
          _____
          _____

        ❑ Yes. The relative priority of creditors is
           specified on lines _____

Describe debtor's property that is subject to a lien

_____   $_____   $_____
_____
_____

Describe the lien

_____

**Is the creditor an insider or related party?**
❑ No
❑ Yes

**Is anyone else liable on this claim?**
❑ No
❑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
❑ Contingent
❑ Unliquidated
❑ Disputed

---

Debtor    Radiology Solutions Corp_____          Case number (if known)_____
          Name

| **Part 2:** | **List Others to Be Notified for a Debt Already Listed in Part 1** |

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |